UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUDOLPHO ENRIQUE JOUV'ERT,

                Plaintiff,

-against-

THE CITY OF NEW YORK, *et al.*,

                Defendants.

22-CV-6080 (LTS)

CIVIL JUDGMENT

    By order issued December 20, 2022, the Court dismissed this action for failure to state a claim for relief but granted Plaintiff sixty days' leave to amend his complaint **solely** to provide facts that state valid federal claims against the New York Police Department Detectives, C.O. Paul, and the Bellevue Hospital employees. Plaintiff has not filed an amended complaint.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 7, 2023
            New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                           Chief United States District Judge